UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terry Morgan, | No. C 10-4231 JL |
| Plaintiff, | **NOTICE** |
| v. | |
| City and County of San Francisco, et al., | |
| Defendants. | |
| _____/ | |

    Several motions in this case are pending on this Court's calendar. Defendants' motion for summary judgment is currently scheduled for hearing May 25, 2011. The undersigned will be retiring from the bench as of May 31st, less than one week after the hearing. The Court reluctantly concedes that it will probably not be able to issue its ruling prior to retirement and consequently, the interests of fairness would be served by taking the matter off calendar. The newly-assigned magistrate judge will then be able to hear the parties' arguments and render a decision based on all the evidence.

    Accordingly, the hearing for May 25, 2011 is hereby vacated, to be re-set on the calendar of the magistrate judge to whom this case is reassigned.

    IT IS SO ORDERED.

DATED: April 22, 2011

_____
James Larson

1
2
                                                                                      James Larson
                                          United States Magistrate Judge

3  G:\JLALL\CASES\CIVIL\10-4231\NOTICE.wpd

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California