1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY MORGAN,            )<br>                          )<br>     Plaintiff,          )<br>                          )<br>     v.                   )<br>                          )<br>CITY AND COUNTY OF SAN    )<br>FRANCISCO, et al,         )<br>                          )<br>     Defendants.          )<br>                          ) | No: C 10-4231 JSC<br><br>ORDER RE PENDING MOTIONS AND<br>BRIEFING SCHEDULE |

    This case was reassigned to this Magistrate Judge upon the retirement of the previously-assigned judge, Magistrate Judge James Larson. According to the docket, on January 13, 2011, Defendant City and County of San Francisco filed a motion for judgment on the pleadings (Dkt. No. 8), and on March 22, 2011 the individual defendants filed a motion to dismiss (Dkt. No. 21). Plaintiff proceeding in pro per filed a document styled as a motion to proceed or settle on January 18, 2011 (Dkt. No. 10) and on May 2, 2011 a document titled a motion for a more definite statement (Dkt. No. 25).

    With respect to Defendants' motions, it is not clear if Plaintiff intended the pleadings he has already filed with the Court, including his motion for a more definite statement, to constitute his response to Defendants' motions. Accordingly, if Plaintiff desires to file an

1  additional response to Defendants' motion for judgment on the pleadings and motion to
2  dismiss, he shall do so on or before June 23, 2011.  Defendants' reply, if any, shall be
3  filed on or before June 30, 2011.  The Court will take Defendants' motions under
4  submission at that time.

5  Plaintiff's motion to proceed or settle is DENIED.  The next step in these proceedings
6  is for the Court to decide Defendants' pending motions.  Plaintiff's motion for a more
7  definite statement, to the extent he intended it to be a separate motion rather than (or in
8  addition to) a response to Defendants' motions, is also DENIED, although the Court will
9  consider the pleading in deciding Defendants' pending motions.

10  The Clerk shall terminate motions nos. 10 and 25.

11  **IT IS SO ORDERED.**

13  DATED: June 2, 2011

               _____
                   JACQUELINE SCOTT CORLEY
14                 UNITED STATES MAGISTRATE JUDGE